UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY, JR., <br> Plaintiff, <br> v. <br> CANTIL-SAKAUYE, et al., <br> Defendants. | Case No. 17-05398 EJD (PR) <br> **ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. The Court ordered the matter served on Defendants. (Docket No. 4.) Plaintiff was initially granted leave to proceed in forma pauperis ("IFP"). (Docket No. 5.) On May 9, 2018, Defendants filed a motion to revoke Plaintiff's IFP status under 28 U.S.C. § 1915(g). (Docket No. 15.) On November 16, 2018, the Court granted Defendants' motion and directed Plaintiff to pay the full filing fee by November 30, 2018, or the case would be dismissed. (Docket No. 21.) The time for Plaintiff to comply with the Court's order has passed, and Plaintiff has failed to pay the full filing fee. Accordingly, this action is **DISMISSED** without prejudice. The Clerk shall terminate all pending deadlines and close the file.

**IT IS SO ORDERED.**

Dated: 12/17/2018

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
PRO-SE\EJD\CR.17\05398Raydism